IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JIMMIE MARSHALL,

    Plaintiff,

vs.                                                     No. CIV 99-1363 LH/LCS

CITY OF HOBBS, CAPTAIN TONY
KNOTT, SERGEANT WALTER ROYE, and
OFFICER RODNEY PORTER,

    Defendants.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on the Plaintiff's motion *in limine* to exclude evidence (Docket No. 161). The Court, having considered the pleadings submitted by the parties, the arguments of counsel, the applicable law, and otherwise being fully advised, finds that the motion is **not well taken** and should be **denied**.

The Plaintiff has moved *in limine* to exclude any evidence relating to Defendant Tony Knott's appointment as a Lea County Magistrate Judge or to the New Mexico Gaming Control Board. The Court cannot say at this stage that the evidence will be irrelevant or otherwise inadmissible for all purposes. The Defendants will be permitted to inquire briefly into Defendant Knott's present employment.

    **IT IS THEREFORE ORDERED** that the Plaintiff's motion *in limine* is **denied**.

    **IT IS SO ORDERED.**

                                                      _____
                                                      **SENIOR UNITED STATES DISTRICT JUDGE**