IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO



FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

04 DEC -2 AM 9:19

CLERK-ALBUQUERQUE

JIMMIE MARSHALL,

    Plaintiff,

vs.

No. CIV 99-1363 LH/LCS

COLUMBIA LEA REGIONAL HOSPITAL,
NURSE JANE DOE, CITY OF HOBBS,
CAPTAIN TONY KNOTT, SERGEANT
WALTER ROYE, and OFFICER RODNEY
PORTER,

    Defendants.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on the parties' request to supplement the briefs on their post-trial motions. The official transcript having been filed and sufficient time to review it having elapsed, the Court finds that the request is **well taken** and should be **granted**.

**IT IS THEREFORE ORDERED** that the parties are granted leave to file one supplemental brief, with factual support from record but no additional arguments, not to exceed ten pages, within ten days of the entry of this Order.

**IT IS SO ORDERED.**

                                               SENIOR UNITED STATES DISTRICT JUDGE

